FILED
JUN 27 2022
RANDY CARNEY, CLERK
BY_____D.C.

# Warrant

CAUSE NUMBER 2015-10,487

DOB: 03/27/1997
SOC#: 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
RACE: Black
SEX: Female
MDOC# 223526

In the Name of the State of Mississippi, and Peace Officer of the State of Mississippi:

**WHEREAS,** Hester Lee has this day made oath before Kathy King Jackson (Circuit Clerk) that on the 20th day of May, A.D. 2019, one NORMA JEAN BARNES hereinafter referred to as the aforesaid, was convicted of the offense of Directing or Causing Felony to be Committed by A Minor x3/Felony Shoplifting in the Circuit Court of Jackson County, which sentenced the defendant to serve Five (5) years in the custody of the Department of Corrections and all suspended years of said sentence and placed the aforesaid on supervised probation for a term of Five (5) years, in accordance with the provisions of Mississippi Code of 1972, Annotated, Sections 47-7-33 & 47-7-34 & 47-7-35.

It further, appearing that the aforesaid has not properly conducted herself, but has violated the conditions of her supervised probation in a material respect by:

Condition A: Commit no offense against the laws of this state; On June 9, 2022 the offender was arrested by Gulfport Police Dept. for Possession of Controlled Substance-Cocaine base and on June 15, 2022 for Fleeing Law Enforcement & Resisiting Arresting.
Condition K: Pay MDOC such monthly reporting fees; Offender is in arrears $1,980.00 in supervision fees.
Conditions N & O; Pay all court fines and fees; Offender owes $2,762.25 to Jackson County Courts.

You are hereby authorized to arrest instanter the aforesaid, NORMA JEAN BARNES, and bring her before me to be dealt with according to law.

Given under my hand and seal this the 24th day of June, A.D. 2022.

_____
Judge of the Circuit Court
in and for Jackson County

CERTIFIED A TRUE COPY
JACKSON COUNTY, MISSISSIPPI
RANDY CARNEY, CIRCUIT CLERK
THIS THE 11 DAY OF April 2024
BY_____D.C.

Judge: Kathy King Jackson
Agent: Hester Lee

CC: Circuit Clerk (Original)

**EXHIBIT "B"**

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

**FILED**
MAY 20 2019
RANDY CARNEY, CLERK
BY_____D.C.

STATE OF MISSISSIPPI

vs. no. 2015-10,487   DIRECTING OR CAUSING FELONY TO BE COMMITTED BY A MINOR
DIRECTING OR CAUSING FELONY TO BE COMMITTED BY A MINOR
DIRECTING OR CAUSING FELONY TO BE COMMITTED BY A MINOR
FELONY SHOPLIFING

NORMA JEAN BARNES

Not Guilty Plea Withdrawn
Enter Plea Guilty and Sentence
Probation

On May 20, 2019, defendant in the above styled and numbered cause in the presence of the defendant's attorney, David Carson Futch, having petitioned the Court to accept a plea of guilty to the charges set forth above, and the Court after first advising the defendant of the legal and constitutional rights applicable in the premises and satisfied that the defendant understood those legal and constitutional rights and further being satisfied that the defendant knowingly, freely, voluntarily and intelligently entered a plea of guilty herein, with full understanding of the nature of the crimes charged, the maximum punishment for such crimes, and otherwise understood the consequences of the guilty plea, specifically withholds acceptance of the defendant's guilty plea, adjudication of guilt and imposition of sentence pursuant to §99-15-26, Mississippi Code of 1972 as amended, pending successful completion of the conditions specified herein;

It is ORDERED that the defendant is hereby sentenced, in each count, to **FIVE (5) Years** in the custody of Mississippi Department of Corrections. All counts to run concurrently and **all Suspended**. Defendant is ordered to serve **FIVE (5) Years on Probation.**

During said period of probation the defendant shall:

(a) commit no offense against the laws of this or any state of the United States;
(b) avoid injurious or vicious habits;
(c) avoid persons or places of disreputable or harmful character;

**EXHIBIT "B"**

NORMA JEAN BARNES                                                                 2015-10,487

(d) report to the Mississippi Department of Corrections as directed by it;

(e) permit the Field Officer to visit him at home or elsewhere;

(f) work faithfully at suitable employment so far as possible

(g) remain within a specified area as directed;

(h) remain within the State of Mississippi unless authorized to leave or proper application;

(i) support his dependents;

(j) waive extradition to the State of Mississippi from any jurisdiction in or outside the United States where Defendant may be found and will not contest any effort by any jurisdiction to return to the State of Mississippi;

(k) **pay to the Mississippi Department of Corrections such monthly reporting fee as authorized by the laws of Mississippi, said fees, to be paid monthly by Western Union**

(l) abstain from drinking alcoholic beverages of any kind or character and from using illegal/narcotic drugs of any kind;

(m) submit as provided by §47-5-603 and 47-5-605 Mississippi Code of 1972 as annotated to any type breath, saliva, or urine chemical analysis test, the purpose of which is to detect the possible presence of alcohol or substance prohibited or controlled by law or the State of Mississippi or the United States;

(n) pay a total fine of $1,500.00, pay any and all court cost, any restitution determined by the state, and $100.00 to the crime victims compensation fund;

(o) further, the defendant shall make payments set at a rate of $75.00 per month beginning 60 days from today's date and continue each and every month thereafter until paid in full.

Failure of the defendant to comply with the terms and conditions of Probation shall be grounds for this court to terminate the period of Probation and commit the defendant to a correctional facility for a period up to the maximum provided by law.

So ORDERED and ADJUDGED on MAY 20TH, 2019.

_____
Circuit Court Judge

CERTIFIED A TRUE COPY
JACKSON COUNTY, MISSISSIPPI
RANDY CARNEY, CIRCUIT CLERK
THIS THE 11 DAY OF April 2024
BY _____ D.C.

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI**

STATE OF MISSISSIPPI                                                           **PLAINTIFF**

**VERSUS**                                       **CAUSE NUMBER 30-15-10,487(2)**

**NORMA JEAN BARNES**                                         **DEFENDANT**

[FILED AUG 05 2022 RANDY CARNEY, CLERK BY_____ D.C.]

## ORDER OF REVOCATION

THIS CAUSE came on to be heard on August 3, 2022, and the Court being advised that the Defendant, Norma Jean Barnes, was convicted in cause number 2015-10,487(2) for the felony offenses of Directing or Causing Felony to be Committed by a Minor x3 and Felony Shoplifting and sentenced to Five (5) years in the custody of the Mississippi Department of Corrections, suspended for a term on Five (5) years to be served on Probation, the Court then conducted a hearing on certain alleged violations of the Defendant's terms and conditions of probation.

At the hearing of this matter, it appeared to the Court that the Defendant, having admitted violation of the condition of her probation, has not properly conducted herself and has violated the conditions of her probation in a material respect, to-wit:

Condition A: Commit no offense against the laws of this state: On June 9, 2022, the Offender was arrested by Gulfport Police Department for Possession of Controlled Substance-Cocaine and on June 15, 2022 for Fleeing Law Enforcement and Resisting Arrest.
Condition K: Pay MDOC such monthly reporting fees: Offender is in arrears $1,980.00 in supervision fees.
Condition N&O: Pay all court fines and fees: Offender owes $2,762.25 to Jackson County Circuit Court.

IT, THEREFORE, IS ORDERED AND ADJUDGED that the probation of the Defendant, Norma Jean Barnes shall be REVOKED and is sentenced as follows:

**DEFENDANT IS ADJUDICATED GUILTY AND REVOKED TO THE REMAINDER OF HER FIVE-YEAR SENTENCE. DEFENDANT IS TO RECEIVE CREDIT FOR TIME SHE HAS SERVED AND SHALL BEGIN MAKING PAYMENTS AT $75/MONTH, 60 DAYS UPON RELEASE FROM MDOC. SAME FINES AND FEES AS PREVIOUSLY ORDERED.**

The Defendant is hereby remanded to the custody of the Jackson County Sheriff to await transportation to the Mississippi Department of Corrections.

DONE AND ORDERED IN OPEN COURT, this the 3th day of August, 2022.

SO ENTERED, this the 5th day of August, 2022.

                                        /s/ Kathy King Jackson
                                        KATHY KING JACKSON
                                        CIRCUIT COURT JUDGE

Submitted by:
CAROLYN A. LEWIS
ASSISTANT DISTRICT ATTORNEY

[Seal: CIRCUIT COURT JACKSON COUNTY, MISS]

CERTIFIED A TRUE COPY
JACKSON COUNTY, MISSISSIPPI
RANDY CARNEY, CIRCUIT CLERK
THIS THE 11 DAY OF April 2024
BY _____ D.C.

**EXHIBIT "B"**