City Ordinances of the City of Gulfport;

General Affidavit Gulfport Municipal Court

Case #: 22-009877

DCC: PPADGETT

STATE OF MISSISSIPPI
HARRISON COUNTY
CITY OF GULFPORT

Personally appeared before me, the undersigned Deputy Municipal Court Clerk of the City of Gulfport, Mississippi ____ASHTEN C. COOLEY #7706____ who makes oath on information that on, about, or between __Jun 15, 2022__ and _____ within the corporate limits of said City and in the jurisdiction of this court ____JERMILLE D. JOHNSON____ did purposely, knowingly and unlawfully

> INTERFERE OR IMPEDE WITH OFFICER ASHTEN C. COOLEY #7706, A LAW ENFORCEMENT OFFICER, IN THE DISCHARGE OF HIS DUTIES, BY BLOCKING SAID OFFICER IN AN ATTEMPT TO PREVENT THE ARREST OF A SUSPECT RUNNING FROM SAID OFFICER AT 8291 FLORIDA AVENUE.

This in the City of Gulfport, First Judicial District, Harrison County, State of Mississippi, in violation of § ___7-7___ City Ordinances of the City of Gulfport; against the peace and dignity of the State of Mississippi and contrary to the ordinances of said City in such cases made and provided and the good order and peace thereof.

Sworn and subscribed before me on  Jun 15, 2022

Affiant: _Ashten Cooley_

Clerk: _P Padgett_

[SEAL — MUNICIPAL COURT, CITY OF GULFPORT, MS]

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING CONSTITUTES A TRUE AND CORRECT COPY GULFPORT, MS, MUNICIPAL COURT

**EXHIBIT "C"**

Mississippi Code of 1972, Annotated and Amended:

General Affidavit Gulfport
Municipal Court

Case #: 22-009877

DCC: PPADGETT

STATE OF MISSISSIPPI
HARRISON COUNTY
CITY OF GULFPORT

Personally appeared before me, the undersigned Deputy Municipal Court Clerk of the City of Gulfport, Mississippi _____ASHTEN C. COOLEY #7706_____ who makes oath on information that on, about, or between __Jun 15, 2022__ and _____ within the corporate limits of said City and in the jurisdiction of this court _____JERMILLE D. JOHNSON_____

did purposely, knowingly and unlawfully

> **RESIST HIS LAWFUL ARREST BY ASHTEN C. COOLEY #7706 A LAW ENFORCEMENT OFFICER, BY PULLING HIS ARMS AWAY AND TURNING HIS BODY AWAY FROM OFFICERS DURING HIS ARREST AT 8291 FLORIDA AVENUE.**

This in the City of Gulfport, First Judicial District, Harrison County, State of Mississippi, in violation of § ____97-9-73____ Mississippi Code of 1972, Annotated and Amended; against the peace and dignity of the State of Mississippi and contrary to the ordinances of said City in such cases made and provided and the good order and peace thereof.

Sworn and subscribed before me on  Jun 15, 2022

Affiant: /s/ Ashten Cooley

Clerk: /s/ P. Padgett

[SEAL — Municipal Court, City of Gulfport, MS]

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING CONSTITUTES A TRUE AND CORRECT COPY GULFPORT, MS MUNICIPAL COURT