IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JERMILLE DEMOUN JOHNSON AND
MAGGIE DENISE JOHNSON                                                    PLAINTIFFS

VERSUS                           CIVIL ACTION NO.: 1:24CV00106-HSO-BWR

CITY OF GULFPORT, MISSISSIPPI
DETECTIVE MANUEL SANTOS, OFFICER
HUDSON, OFFICER DANIEL CASTILLO
OFFICER ASHTEN C. COOLEY, AND
JOHN DOES 1-10                                                                    DEFENDANTS

STATE OF MISSISSIPPI

COUNTY OF HARRISON

### AFFIDAVIT OF DANIEL J. CASTILLO

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid on this the 5th day of May, 2025, DANIEL J. CASTILLO, who, after being duly sworn, deposes and says on oath the following, to-wit:

1. I am an adult resident citizen of Harrison County, Mississippi, have never been convicted of a felony, and have personal knowledge of the matters and information stated in this Affidavit.

2. I am a certified Law Enforcement Officer of the State of Mississippi and have been so since November 19, 2001. I have been continually accredited as a Law Enforcement Officer by the State of Mississippi Department of Public Safety and the State of Mississippi's Board on Law Enforcement Officer Standards and Training since that time.

3. Since March 17, 2003 and through June 15, 2022, I was employed and served as a certified Law Enforcement Officer with the City of Gulfport, Mississippi.

**Exhibit "D"**

4.  The Gulfport Police Department received an emergency call from the Office of the Mississippi Department of Corrections (MDOC) on June 15, 2022, that a felony probationer (identified as Norma Barnes) who was in the process of being arrested by an MDOC official (identified as Diamond Johnson) for a probation violation, had escaped from their Office and fled. I was on duty in my capacity as a Law Enforcement Officer with the City of Gulfport on that date and at that time. It was my understanding after traveling to the MDOC probation office and speaking with the MDOC official, that the escapee (Norma Barnes) had slipped or slid off her handcuffs at the MDOC probation office and pulled away from the MDOC official and fled this facility.

5. In response to this call, Gulfport Law Enforcement Officers were dispatched to apprehend Norma Barnes in connection with her escape from the MDOC probation office.

6. I did not travel to nor was I present at the address where Norma Barnes was ultimately captured and apprehended. I also did not have any physical contact with Maggie Johnson or Jermille Johnson on that date (June 15, 2022) or at any other time.

_____
DANIEL J. CASTILLO
Affiant

GIVEN UNDER MY HAND and official seal, this the  5th  day of May, 2025.

_____
NOTARY PUBLIC

My Commission Expires:

_____

[Notary seal: STATE OF MISSISSIPPI, JANINE WILLIAMS, NOTARY PUBLIC, Harrison County, Commission Expires October 14, 2026, Commission Number 125173]

Page 2 of 2