IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JERMILLE DEMOUN JOHNSON AND
MAGGIE DENISE JOHNSON                                               PLAINTIFFS

VERSUS                          CIVIL ACTION NO.: 1:24CV00106-HSO-BWR

CITY OF GULFPORT, MISSISSIPPI
DETECTIVE MANUEL SANTOS, OFFICER
HUDSON, OFFICER DANIEL CASTILLO
OFFICER ASHTEN C. COOLEY, AND
JOHN DOES 1-10                                                      DEFENDANTS

STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT OF C. ASHTEN COOLEY

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid on this the ___5th___ day of May, 2025, C. ASHTEN COOLEY, who, after being duly sworn, deposes and says on oath the following, to-wit:

1. I am an adult resident citizen of Stone County, Mississippi, have never been convicted of a felony, and have personal knowledge of the matters and information contained in this Affidavit.

2. Since December 2016, I have been accredited as a Law Enforcement Officer by the State of Mississippi Department of Public Safety and the State of Mississippi's Board on Law Enforcement Officer Standards and Training.

Exhibit "E"

1

3. I have been employed as a certified Law Enforcement Officer with the City of Gulfport, Mississippi from 2016 through the date of this Affidavit and have served as a Patrol Officer during this time.

4. Around 8:05 a.m. on June 15, 2022, and while I was on duty as a Patrol Officer, Gulfport Police dispatch radioed that the Mississippi Department of Corrections (MDOC) facility on 24th Avenue in Gulfport, Mississippi had an escape from their custody involving a black female identified as "Norma Jean Barnes" with an outstanding felony warrant, that this female's place of residence was on Florida Avenue in Gulfport, and that MDOC needed assistance in capturing this fugitive.

5. I then drove my assigned police vehicle to the location of the MDOC facility in response to this emergency radio dispatched call in an attempt to locate the fugitive. After not finding her in that vicinity, I drove to Florida Avenue.

6. As I came to Florida Avenue, I saw where other Gulfport police vehicles had stopped along Florida Avenue north of its intersection with Van Buren Street, and I drove my police vehicle to this location.

7. As I parked my vehicle and quickly exited, I observed other Gulfport Police Officers attempt to go toward a white colored building that had parked vehicles on its side.

8. As I approached this white colored structure, from my location I observed a large male, who appeared to be African-American, yelling in a loud voice at other Gulfport law enforcement officers near these parked vehicles and I saw what I believed to have been this large male shoving Gulfport Police Detective Manuel Santos away from the vehicles.

9. It appeared to me that this male individual may have been interfering with law enforcement's ability to conduct its duties with attempting to apprehend the fugitive.

10. I had no personal knowledge of the identity of this male suspect at the time, nor did I have information that he had previously been searched for any weapons.

11. As I continued toward where this male individual was confronting law enforcement, I observed what I believed to be him shove or physically advancing toward Gulfport Police Detective Manuel Santos.

12. When I came to this location, I assisted Detective Santos placing this male suspect under arrest. I could see that the suspect, who was larger in height and weight than we were, was not cooperating and was refusing to put both of his hands behind his back as ordered by Gulfport Police Officers. I grabbed one of this suspect's arms in an effort to assist. Despite being ordered several times to place both of his hands behind his back, the suspect refused and physically resisted. I attempted to use one of my knees to knock the back of one of his legs in an effort to distract and gain compliance, but which was not successful. It took several Officers to eventually and physically get his hands behind his back to place handcuffs on him as he was continuously refusing to be compliant. Attached to this Affidavit as Exhibit "1" is a recording from a body worn camera of a Gulfport Police Officer who was on this scene and which recording shows the contact that we had with this male individual and our collective efforts to attempt to place his hands behind his back to handcuff him in response to his tensing up and physically refusing to cooperate and obey several verbal orders to do so.

13. Once this male suspect was handcuffed, I attempted to walk him to my police vehicle. As I did, though, this individual began pulling away and yelling at someone nearby to record this on their phone. The suspect also stopped walking several times and refused to obey my commands to keep walking. When we finally arrived at my police vehicle, the suspect refused to get into the back seat despite me verbally directing him several times to do so. It

3

actually took another Gulfport Police Officer to assist in pulling this suspect into the backseat of my police vehicle from the other side of vehicle from where the male suspect was entering it.

14. This is the only physical contact I had with this male suspect at this scene. This suspect was later identified as Jermille Johnson.

15. At no time on that date did I have any physical contact with a Maggie Johnson.

_____
C. ASHTEN COOLEY
Affiant

GIVEN UNDER MY HAND and official seal, this the ____5th____ day of May, 2025.

_____
NOTARY PUBLIC

My Commission Expires:



4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JERMILLE DEMOUN JOHNSON AND
MAGGIE DENISE JOHNSON                                                                          PLAINTIFFS

VERSUS                                              CIVIL ACTION NO.: 1:24CV00106-HSO-BWR

CITY OF GULFPORT, MISSISSIPPI
DETECTIVE MANUEL SANTOS, OFFICER
HUDSON, OFFICER DANIEL CASTILLO
OFFICER ASHTEN C. COOLEY, AND
JOHN DOES 1-10                                                                                  DEFENDANTS

# EXHIBIT "1" TO THE AFFIDAVIT OF OFFICER C. ASHTEN COOLEY

BODY WORN CAMERA VIDEO EXCERPT
TO BE SUBMITTED BY CONVENTIONAL FILING