IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JERMILLE DEMOUN JOHNSON AND
MAGGIE DENISE JOHNSON                                    PLAINTIFFS

VERSUS                          CIVIL ACTION NO.: 1:24CV00106-HSO-BWR

CITY OF GULFPORT, MISSISSIPPI
DETECTIVE MANUEL SANTOS, OFFICER
HUDSON, OFFICER DANIEL CASTILLO
OFFICER ASHTEN C. COOLEY, AND
JOHN DOES 1-10                                           DEFENDANTS

### AFFIDAVIT OF ALYSSA TAYLOR

STATE OF MISSISSIPPI

COUNTY OF HARRISON

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, Alyssa Taylor, who, after being duly sworn, deposes and says on oath the following, to-wit:

1. I am an adult resident citizen of the First Judicial District of Harrison County, Mississippi, have never been convicted of a felony, and have personal knowledge of the matters and information stated in this Affidavit and am competent to testify regarding the same.

2. I am presently employed as the dispatch supervisor with the Gulfport Police Department, having been in the employ of the Police Department now for over 12 years.

3. Attached to this Affidavit as Exhibit "1" is a true and correct recording of a 911 call that was made to the Gulfport Police Department at approximately 08:02:34 a.m. on June 15, 2022,

Exhibit "G"

by a caller identified as being with the Mississippi Department of Corrections (MDOC) who provided information regarding an individual referenced as "Norma Jean Barnes" who had escaped from custody of the MDOC minutes prior to this call that morning and for which the MDOC was requesting law enforcement assistance from the Gulfport Police Department to apprehend.

 WITNESS MY SIGNATURE, this the 5th day of May, 2025.

_____
ALYSSA TAYLOR

SWORN TO and subscribed before me this the 5th day of May, 2025.

_____
NOTARY PUBLIC

My commission expires:

__10-14-2026__



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JERMILLE DEMOUN JOHNSON AND
MAGGIE DENISE JOHNSON                                                    PLAINTIFFS

VERSUS                                   CIVIL ACTION NO.: 1:24CV00106-HSO-BWR

CITY OF GULFPORT, MISSISSIPPI
DETECTIVE MANUEL SANTOS, OFFICER
HUDSON, OFFICER DANIEL CASTILLO
OFFICER ASHTEN C. COOLEY, AND
JOHN DOES 1-10                                                           DEFENDANTS

## EXHIBIT "1" TO THE AFFIDAVIT OF ALYSSA TAYLOR

DISPATCH AUDIO RECORDING 911 CALL
TO BE SUBMITTED BY CONVENTIONAL FILING